# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00378-CV

---

**In re Rickye Henderson**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Rickye Henderson has filed a petition for writ of mandamus, an amended petition for writ of mandamus, a supplemental brief in support of his petition for writ of mandamus, and a supplemental declaration in support of his mandamus, all of which challenge the default judgment signed by the trial court. Henderson has also filed a notice of appeal in this Court from the same judgment; the appeal is pending in cause number 03-24-00236-CV, *Henderson v. Arabzadegan*. Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a); *see Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding) ("Mandamus will not issue where there is 'a clear and adequate remedy at law, such as a normal appeal.'" (quoting *State v. Walker*, 679 S.W.2d 484, 485 (Tex.1984) (orig. proceeding))).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed:  June 27, 2024